## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Mr. John Bergholz,

Plaintiff(s),

v.

John Marshall Law School et al,

Defendant(s).

Case No. 18 C 3
Judge Gary Feinerman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Judgment is entered in favor of Defendants John Marshall Law School, et al., and against Plaintiff John Bergholz. Plaintiff's claims against Defendants John Marshall Law School and Angela Darby Dickerson are dismissed with prejudice. The court relinquishes jurisdiction over Plaintiff's claims against Defendant Anthony Niedwiecki, without prejudice to his refiling them in state court.

---

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Gary Feinerman on a motion.

Date: 3/5/2020                                      Thomas G. Bruton, Clerk of Court

                                                    /s/ Jackie Deanes, Deputy Clerk